**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SHELLEY JEAN WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00756-CAN |
| v. | § | |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Shelley Jean Williams's "Motion and Memorandum for Attorney's Fees pursuant to the Equal Access to Justice Act" [Dkt. 17] and the Commissioner's Response [Dkt. 19], wherein the Commissioner does not object to the requested attorney's fees, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff Shelley Jean Williams's "Motion and Memorandum for Attorney's Fees pursuant to the Equal Access to Justice Act" [Dkt. 17] is **GRANTED**, and the Commissioner is directed to pay three thousand seven hundred forty dollars and eighty-five cents ($3,740.85) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

**SIGNED this 31st day of August, 2020.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE